# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2887
_____

MICHALE ANTHONY HOFFMAN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

June 20, 2018

PER CURIAM.

DENIED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andrew Bonderud of The Bonderud Law Firm, P.A., Jacksonville,
for Petitioner.

Pamela Jo Bondi, Attorney General, and Jason Rodriguez,
Assistant Attorney General, Tallahassee, for Respondent.